# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| **In re:** | : | |
| | : | |
| **Alan Weller** | : | **Case No.:** 09-37920 |
| AKA Alan Eugene Weller, | : | Chapter 13 |
| AKA Alan E. Weller | : | Judge Guy R. Humphrey |
| **Mary Jane Weller** | : | * * * * * * * * * * * * * * * * * * * * * * * |
| AKA Mary Weller, | : | |
| AKA Mary J. Weller | : | |
| | | |
| **Debtor(s).** | | |

## Response to Notice of Final Cure Payment

**Name of creditor:** Wells Fargo Financial Ohio 1, Inc.

**Last four digits** of any number you use to identify the debtor's account: 5275

**Uniform Claim Identifier:** _____

**Court claim no. (if known):** 9

### Part 1: Status of Payments on Claim and Post-Petition Payments

**In response to the Trustee's Notice of Final Cure Payment, Creditor states that:**

**Section A: Status of Claim Amounts (Choose ONE in Section A)**

☒ As of 11/26/ 2014, Debtor(s) has paid in full the amount required to cure the default on the Creditor's claim.

☐ As of _____, Debtor(s) has <u>not</u> paid in full the amount required to cure the default on the Creditor's claim.

  ☐ The Creditor contends that the amounts itemized in Part 2 below remain unpaid.

  ☐ The Creditor contends that Trustee disbursement(s) totaling _____ have not yet been posted to the account. With the application of these funds, the Debtor(s) will have paid in full the amount required to cure the default on the Creditor's claim.

**Section B: Status of Post-Petition Payment, Fees, Expenses and Changes (Choose ONE in Section B)**

☐ **Post-Petition Payments Paid by Debtor(s)**

  ☐ As of _____, the Creditor agrees that the Debtor(s) is current on all post-petition payments, fees, expenses, and charges.

  ☐ As of _____, the Creditor disagrees that the Debtor(s) is current on all post-petition payments, fees, expenses, and charges. The Creditor contends that the post-petition payments, fees, expenses, and charges in Part 3 below remain unpaid.

☒ **Post-Petition Payments Paid by Trustee**

  ☒ As of 11/26/ 2014, the Creditor agrees that the Debtor(s) is current with all post-petition payments consistent with Section 1322(b)(5) including all fees, charges, expenses, escrow and costs. Debtor(s) is due post petition for 11/31/2015.

  ☐ The Creditor contends that Trustee disbursement(s) totaling _____ have not yet been posted to the account. With application of these funds, the Debtor(s) will be current with all post petition payments consistent with Section 1322(b)(5) including all fees, charges, expenses, escrow and costs.

  ☐ As of _____, the Creditor disagrees that the Debtor(s) is current on all post-petition payments, fees, expenses, and/or charges consistent with Section 1322(b)(5). The Creditor contends that the post-petition payments, fees, expenses, and charges in Part 3 below remain unpaid.

14-033125_KJB

### Part 2: Itemization of Claim Amounts not Cured by Debtor(s)

| | Description | | Amount |
|---|---|---|---|
| 1. | Late charges | (1) | $ _____ |
| 2. | Non-sufficient funds (NSF) fees | (2) | $ _____ |
| 3. | Attorney's fees | (3) | $ _____ |
| 4. | Filing fees and court costs | (4) | $ _____ |
| 5. | Advertisement costs | (5) | $ _____ |
| 6. | Sheriff/auctioneer fees | (6) | $ _____ |
| 7. | Title costs | (7) | $ _____ |
| 8. | Recording fees | (8) | $ _____ |
| 9. | Appraisal/broker's price opinion fees | (9) | $ _____ |
| 10. | Property inspection fees | (10) | $ _____ |
| 11. | Tax advances (non-escrow) | (11) | $ _____ |
| 12. | Insurance advances (non-escrow) | (12) | $ _____ |
| 13. | Property preservation expenses | (13) | $ _____ |
| 14. | Escrow shortage or deficiency (not included as part of any installment payment listed in line item 15) | (14) | $ _____ |

15. Past Due Payments

| _____ - _____ | _____ installments at _____ | $0.00 |
| _____ - _____ | _____ installments at _____ | $0.00 |
| _____ - _____ | _____ installments at _____ | $0.00 |

Past due payments prior to _____ in the total amount of _____
See attached for breakdown.

| | | | | |
|---|---|---|---|---|
| | | Total payments due | (15) | $ 0.00 |
| 16. | Other. Specify: _____ | | (16) | $ _____ |
| 17. | Other. Specify: _____ | | (17) | $ _____ |
| 18. | Unapplied Funds | | (18) | $ _____ |
| 19. | Total claim amounts not cured by Debtor(s). Add all of the amounts listed above. | | (19) | $ 0.00 |

### Part 3: Itemization of Post-Petition Payments, Fees, Expenses and Charges not Cured by Debtor(s)

| | Description | | Amount |
|---|---|---|---|
| 1. | Late charges | (1) | $ _____ |
| 2. | Non-sufficient funds (NSF) fees | (2) | $ _____ |
| 3. | Attorney's fees | (3) | $ _____ |

14-033125_KJB

| | | | |
|---|---|---|---|
| 4. | Filing fees and court costs | (4) | $ _____ |
| 5. | Advertisement costs | (5) | $ _____ |
| 6. | Sheriff/auctioneer fees | (6) | $ _____ |
| 7. | Title costs | (7) | $ _____ |
| 8. | Recording fees | (8) | $ _____ |
| 9. | Appraisal/broker's price opinion fees | (9) | $ _____ |
| 10. | Property inspection fees | (10) | $ _____ |
| 11. | Tax advances (non-escrow) | (11) | $ _____ |
| 12. | Insurance advances (non-escrow) | (12) | $ _____ |
| 13. | Property preservation expenses | (13) | $ _____ |

14. Past Due Payments
    Escrow advance on the account?
    ☒ No
    ☐ Yes  Escrow advance balance on the account is _____ and will be collected through the escrow portion of the ongoing monthly installments.

    _____ - _____   _____ installments at _____   $0.00

    _____ - _____   _____ installments at _____   $0.00

    _____ - _____   _____ installments at _____   $0.00

    Past due payments prior to _____ in the total amount of _____
    See attached for breakdown

                                        Total payments due      (14)    $        0.00

| | | | |
|---|---|---|---|
| 15. | Other. Specify: _____ | (15) | $ _____ |
| 16. | Other. Specify: _____ | (16) | $ _____ |
| 17. | Unapplied Funds | (17) | $ _____ |
| 18. | Total postpetition fees, expenses, and charges. Add all of the amounts listed above. | (18) | $        0.00 |

 

/s/ Mary E. Krasovic
Mary E. Krasovic (0085380)
Stacey A. O'Stafy (0070386)
John R. Cummins (0036811)
Edward H. Cahill (0088985)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Mary E. Krasovic.
Contact email is mek@manleydeas.com

14-033125_KJB

**Additional Documentation**

14-033125_KJB

## CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2014, a copy of the foregoing Response to Notice of Final Cure was served on the following registered ECF participants, **electronically** through the court's ECF System at the email address registered with the court:

| | |
|---|---|
| Office of U.S. Trustee<br>Southern District of Ohio<br>Party of Interest<br>170 North High Street, #200<br>Columbus, OH  43215 | Eric A. Stamps<br>Attorney for Alan Weller<br>AKA Alan Eugene Weller,<br>AKA Alan E. Weller and<br>Mary Jane Weller<br>AKA Mary Weller, |
| Jeffrey M. Kellner<br>131 North Ludlow Street<br>Suite 900<br>Dayton, OH  45402<br>ecfclerk@dayton13.com | AKA Mary J. Weller<br>Stamps & Stamps<br>3814 Little York Road<br>Dayton, OH  45414<br>stampslaweric@hotmail.com |

The below listed parties were served via regular U.S. Mail, postage prepaid on December 2, 2014:

| | |
|---|---|
| Alan Weller<br>AKA Alan Eugene Weller,<br>AKA Alan E. Weller<br>Mary Jane Weller<br>AKA Mary Weller,<br>AKA Mary J. Weller<br>807 Forest Avenue<br>Piqua, OH  45356 | Miami County Treasurer<br>201 West Main Street<br>Troy, OH  45373<br><br>Wff Cards<br>3201 N 4th Avenue<br>Sioux Falls, SD  57104 |

  /s/ Mary E. Krasovic

14-033125_KJB